ACCEPTED
04-14-00050-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/9/2015 8:42:52 AM
KEITH HOTTLE
CLERK

CAUSE NO. 04-14-00050-CR

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/9/2015 8:42:52 AM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

_____

TAYLOR RAE ROSENBUSCH,
Appellant

V.

THE STATE OF TEXAS,
Appellee

_____

Appeal from the 226th District Court of Bexar County, Texas
Trial Court Cause Number 2011-CR-11075

_____

## MOTION FOR CONSOLIDATION OF APPEALS

TO THE HONORABLE FOURTH COURT OF APPEALS:

Now comes Taylor Rae Rosenbusch, Appellant, and files this Motion for

Consolidation of Appeals and in support thereof would show the Court as follows:

1

1. Appellant was charged in two separate indictments with the offenses of Intoxication Manslaughter, alleged to have occurred on May 8, 2011. Both indictments arose out of a single traffic accident which resulted in the death of both occupants of a motor vehicle involved in the accident. Each indictment named a different complaining witness. The indictments were assigned cause numbers 2011-CR-11074 and 2011-CR-11075. They were both filed in the 226th District Court of Bexar County, Texas. The cases were tried together. The issue of punishment was submitted to the jury. The jury assessed punishment in each case at a prison sentence of twelve years. Thereafter, the trial court ordered that the sentences be served consecutively. Appellant has appealed from the conviction and sentence in each case. The appeals, including the instant case, were assigned the following case numbers:

   a.    04-14-00688-CR:  Appeal from 2011-CR-11074;

   b.    04-14-00050-CR:  Appeal from 2011-CR-11075.

2. The Reporter's Record for each appeal is essentially identical as the two cases were tried together in a single trial.

3. The Appellant has filed her opening brief in each case. The briefs in each case are essentially identical. They both raise identical issues and seek the same relief for each case.

4.     Appellant requests that the Court consolidate the two appeals for consideration. Consolidation will allow the Court to handle the cases in a more efficient matter. In addition, it will allow the Court to give proper consideration to Appellant's complaints about the trial court's order that the sentences in each case run consecutively. Those issues necessarily involve both cases.

5.     Consolidation would also allow the State to respond by filing a single brief.

6.     Undersigned counsel has conferred with the Attorney for the State, Jay Brandon, and he stated that the State does not oppose the request for consolidation of appeals.

WHEREFORE, Appellant respectfully requests that the Court grant this motion and order that the appeals in case numbers 04-14-00050-CR and 04-14-00688-CR be consolidated.

Respectfully submitted,

John F. Carroll
Attorney At Law
111 West Olmos Drive
San Antonio, Texas  78212
210/829-7183 - Telephone
210/829-0734 - Facsimile
jcarrollsatx@gmail.com

ATTORNEY FOR APPELLANT,
TAYLOR RAE ROSENBUSCH

By: /s/ John F. Carroll
John F. Carroll
State Bar No.  03888100

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above has been delivered to the Bexar County District Attorney's Office, Paul Elizondo Tower, 101 W. Nueva, 4th Floor, San Antonio, Texas 78205 on the 8th day of February, 2015.

/s/ John F. Carroll
John F. Carroll